128-15

# ELECTRONIC RECORD

COA #   11-14-00112-CR                    OFFENSE:   22.04

                Johnny Eugene Davis, Sr.
STYLE:   v. The State of Texas            COUNTY:   Palo Pinto

COA DISPOSITION:   DISMISSED              TRIAL COURT:   29th District Court

DATE: 11/20/14              Publish: NO   TC CASE #:   15154

# IN THE COURT OF CRIMINAL APPEALS

                Johnny Eugene Davis, Sr.
STYLE:   v. The State of Texas            CCA #:   **PD-0128-15**

_____PRO SE_____ Petition                 CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE: _____

_____REFUSED_____                         JUDGE: _____

DATE: ___04/01/2015___                    SIGNED: _____     PC: _____

JUDGE: _____                        PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD